UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARLAND KAPLAN,                                :
                                               :
                Plaintiff,            :
                                               :  <u>REPORT &</u>
   -against-                                  :  <u>RECOMMENDATION</u>
                                               :  18-CV-7453 (FB) (SMG)
COMPCOIN LLC, et al.,                          :
                                               :
                Defendants.           :
-------------------------------------------------------------x

GOLD, STEVEN M., U.S. Magistrate Judge:

      Plaintiff filed this lawsuit on December 31, 2018. It appears that defendants have never been served.

      By Order dated May 10, 2019, I issued an Order allowing plaintiff until June 16, 2019 to serve defendants or seek leave to accomplish service by alternative means. Upon plaintiff's application, I extended this deadline to July 8, 2019 by Order dated June 19, 2019. Plaintiff moved for leave to serve by alternative means on July 8, 2019. Dkt. 9. I denied the motion without prejudice to renewal that same date. Dkt. 10.

      Plaintiff, however, has not taken any further action in the case since that time. By Order dated October 3, 2019, I directed plaintiff to submit a report on the status of the case by October 18, 2019, and alerted plaintiff that failure to comply would result in a recommendation of dismissal. Plaintiff did not respond to the Order. By Order dated October 22, 2019, I afforded plaintiff until October 29, 2019 to submit a status report, and again alerted him that failure to do so would result in a recommendation of dismissal. Again, however, plaintiff failed to respond.

      For the reasons stated above, I respectfully recommend that this case be dismissed for failure to prosecute. Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event,

no later than November 20, 2019.  Failure to object to this Report may waive the right to appeal the District Court's Order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

/s/
STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
November 6, 2019

*U \\#Clerk Files\\Decisions 2018-2019\\18-CV-7453 Kaplan v. Compcoin LLC et al. Failure to Prosecute.docx*